IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CENTURY INDEMNITY COMPANY,          :
                                    :
            Plaintiff,              :
                                    :
    v.                              :          Civil Action No. 21-1720-RGA
                                    :
ANDREW VAN ARSDALE,                 :
                                    :
            Defendant.              :

## SHOW CAUSE ORDER

WHEREAS, this case was transferred from the United States District Court for the

Southern District of California on December 6, 2021 (D.I. 6; D.I. 7) with the purpose of further

transfer to the United Stated Bankruptcy Court for the District of Delaware;

WHEREAS, on December 6, 2021, the Clerk of Court for the District of Delaware

advised the parties regarding the requirement to align with local counsel pursuant to

Local Rule 83.5 and requested that appearances be made by January 6, 2022 (D.I. 8).  To date

no appearances have been made.

NOW THEREFORE, IT IS HEREBY ORDERED that, the parties show cause by

**January 25, 2022**, why this case should not be REFERRED to the Bankruptcy Court for

the District of Delaware for further proceedings.

IT IS FURTHER ORDERED that, should no response to this Order be filed the case will

be immediately referred.

_Jan 11, 2022_
Date

_Richard G. Andrews_
United States District Judge

Page 1 of 1