IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTURY INDEMNITY COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 21-1720-RGA |
| | : | |
| ANDREW VAN ARSDALE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, the Court issued a Show Cause Order on January 11, 2022, requesting the parties to show cause by January 25, 2022, why this case should not be referred to the Bankruptcy Court for the District of Delaware for further proceedings. The parties were also cautioned that should a response not be filed, the case would be referred immediately (D.I. 10);

WHEREAS, no response has been filed by the deadline;

NOW THEREFORE, IT IS HEREBY ORDERED that, the case is REFERRED to the Bankruptcy Court for the District of Delaware for further proceedings, and the Clerk of Court shall close Civil Action 21-1720-RGA.

 1/26/2022                                                                       /s/ Richard G. Andrews
Date                                                                          United States District Judge